■ STISSING NATIONAL BANK, Appellant-Respondent, v. LEO KAPLAN, Respondent-Appellant.— Per Curiam.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.